No. 869. MILES ET AL. *v.* DEPARTMENT OF TREASURY OF INDIANA ET AL.

Decided April 27, 1936. *Per Curiam:* The appeal herein is dismissed upon the ground that the appellants have failed to show any interest entitling them to invoke the protection of the Féderal Constitution. *Tyler* v. *Judges of Court of Registration*, 179 U. S. 405, 406, 407, 410; *Southern Ry. Co.* v. *King*, 217 U. S. 524, 534; *Standard Stock Food Co.* v. *Wright*, 225 U. S. 540, 550. *Messrs. Walter Bachrach, Schuyler C. Mowrer*, and *Martin M. Hugg* for appellants. *Messrs. Philip Lutz, Jr., Joseph W. Hutchinson,* and *Joseph P. McNamara* for appellees.